UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>DTBA, LLC,<br><br>    Defendant. | Case No. 5:19-cv-00082-EJD<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 30 |

On November 25, 2019, the Court granted Defendant's motion to dismiss and provided Plaintiff with leave to file an amended complaint by December 27, 2019. Dkt. No. 25. Plaintiff failed to file an amended complaint by that deadline. On January 27, 2020, the Court issued an Order to Show Cause why Plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Dkt. No. 26.

On February 10, 2020, Plaintiff filed a response to the Order to Show Cause that did not explain why Plaintiff failed to timely amend the complaint. Dkt. No. 27. Instead, Plaintiff asked the Court to set a new deadline by which Plaintiff may amend. The Court granted Plaintiff's request for an extension and ordered Plaintiff to file an amended complaint by no later than February 21, 2020. Dkt. No. 28. The Court warned that if Plaintiff failed to amend his complaint by this deadline, the Court would dismiss the case for failure to prosecute. The Court further cautioned that it would "not grant any extensions of this deadline absent a compelling showing of good cause." *Id.*

Plaintiff again failed to file an amended complaint by this extended deadline. Plaintiff did not file his amended complaint until the following day, February 22, 2020. *See* Dkt. No. 29. On

Case No.: 5:19-cv-00082-EJD
ORDER DISMISSING CASE

1

February 24, 2020, Defendant objected to the amended complaint as untimely. Dkt. No. 30. Defendant did not otherwise answer the amended complaint and Plaintiff made no attempt to seek entry of default or to compel Defendant's answer. Despite Defendant's timely objection, the Court later issued a routine scheduling order without addressing the fact that Plaintiff's amended complaint was untimely. Upon further review of the docket, the Court now finds it appropriate to consider Defendant's objection.

While missing a Court-imposed deadline by one day might be excusable in certain circumstances, Plaintiff provided no explanation as to any such circumstances in this case. Indeed, Plaintiff made no attempt at making a "compelling showing of good cause" for the delay, as expressly required by the Court's order granting an extension. Given the Court's express warning that the case would be dismissed if Plaintiff failed to meet his extended deadline and given Plaintiff's failure to show good cause for the delay, the Court finds it appropriate to dismiss the case.

The case management order (Dkt. No. 33) is hereby **VACATED** and the case is **DISMISSED** with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: October 30, 2020

EDWARD J. DAVILA
United States District Judge

Case No.: 5:19-cv-00082-EJD
ORDER DISMISSING CASE

2